United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                          Case No. 19-10018-mdc

Salman S. Hasan                                                                      Chapter 13

Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                         User: admin                                Page 1 of 2

Date Rcvd: Mar 05, 2024                Form ID: 138OBJ                       Total Noticed: 26

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 07, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Salman S. Hasan, 194 Bryn Mawr Avenue, Lansdowne, PA 19050-1865 |
| 14253587 | | Aqua America, Inc., 762 W. Lancaster Avenue, Bryn Mawr, PA 19010-3489 |
| 14253589 | | Family Health Associates, 76 Acco Drive, Suite 103, York, PA 17402-4668 |
| 14253590 | | Family Health Associates, c/o A.R. Resources, Inc., 1777 Sentry Parkway W, Suite 101M, Blue Bell, PA 19422-2206 |
| 14253594 | | Multani Enterprise, Inc.,, a/k/a, Multani Brothers, 145 So. Broadway, Gloucester City, NJ 08030-1544 |
| 14253595 | | On Desk Capital, Inc., 1400 Broadway, 25th Floor, New York, NY 10018-5225 |
| 14621123 | + | PENNYMAC LOAN SERVICES, LLC, c/o Rebecca Solarz, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14555153 | + | PennyMac Loan Services, LLC, c/o Jill Manuel-Coughlin, Esquire, Powers Kirn, LLC, Eight Neshaminy Interplex, Suite 215, Trevose PA 19053-6980 |
| 14253598 | | PennyMac Loan Services, LLC, Bankruptcy Department, 27001 Agoura Road, Calabasas, CA 91301-5339 |
| 14555352 | + | Pennymac Loan Services LLC, c/o Jill Manuel-Coughlin, Esq., Eight Neshaminy Interplex, Suite 215, Trevose PA 19053-6980 |
| 14281031 | | Pennymac Loan Services, LLC, c/o Thomas Song, Esq., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14289472 | | Ronald G. McNeil, Esquire, 1333 Race Street, Philadelphia, PA 19107-1585 |
| 14273973 | + | TD Bank, N.A., c/o Martin A. Mooney,Esquire, 950 New Loudon Road, Suite 109, Latham, NY 12110-2190 |
| 14253600 | | U-Haul International, Inc., 2727 N. Central Avenue, Phoenix, AZ 85004-1120 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Mar 06 2024 00:26:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 06 2024 00:26:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14253586 | Email/PDF: bncnotices@becket-lee.com | Mar 06 2024 00:37:58 | American Express, Bankruptcy Department, P.O. Box 981535, El Paso, TX 79998-1535 |
| 14253588 | Email/Text: documentfiling@lciinc.com | Mar 06 2024 00:25:00 | ComCast, Bankruptcy Department, 11400 Northeast Avenue, Philadelphia, PA 19116-3445 |
| 14253591 | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 06 2024 00:26:00 | Internal Revenue Service, Bankruptcy Division, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14253592 | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 06 2024 00:27:14 | JPMorgan Chase & Co, Bankruptcy Department, 200 White Clay Center Drive, Newark, DE 19711-5466 |
| 14277452 | Email/PDF: resurgentbknotifications@resurgent.com | Mar 06 2024 00:27:38 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14253593 | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 06 2024 00:27:37 | Lowes Companies, Inc., ATTN: Bankruptcy, 1605 Curtis Bridge Road, Wilkesboro, NC 28697-2231 |
| 14253596 | Email/PDF: resurgentbknotifications@resurgent.com | Mar 06 2024 00:27:37 | On Desk Capital, Inc., c/o LVNV Funding, LLC, |

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Mar 05, 2024 | Form ID: 138OBJ | Total Noticed: 26

| | | | 55 Beattie Place, Suite 110, Greenville, SC 29601-5115 |
|---|---|---|---|
| 14253597 | Email/Text: RVSVCBICNOTICE1@state.pa.us | | |
| | | Mar 06 2024 00:26:00 | PA Dept of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0496 |
| 14287747 | + Email/PDF: ebnotices@pnmac.com | | |
| | | Mar 06 2024 00:37:57 | PENNYMAC LOAN SERVICES, LLC, P.O. BOX 2410, MOORPARK CA 93020-2410 |
| 14253599 | Email/Text: bankruptcy@td.com | | |
| | | Mar 06 2024 00:26:00 | TD Bank, N.A., Bankruptcy Department, 70 Gray Road, Fairmouth, ME 04105-2019 |

TOTAL: 12

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 07, 2024      Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 5, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| HARRY B. REESE | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bankruptcy@powerskirn.com |
| JEROME B. BLANK | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC jblank@pincuslaw.com, mmorris@pincuslaw.com |
| JILL MANUEL-COUGHLIN | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bankruptcy@powerskirn.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MARIO J. HANYON | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| MARK A. CRONIN | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com |
| RONALD G. MCNEIL, Esquire | on behalf of Debtor Salman S. Hasan r.mcneil@verizon.net |
| THOMAS SONG | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC tomysong0@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 9

### *UNITED STATES BANKRUPTCY COURT*
### *EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Salman S. Hasan

               Debtor(s)

Case No: 19−10018−mdc

Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 3/5/24